IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|                       Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 99-20080-KHV |
| | ) | |
| RICHARD ROBINSON, | ) | |
| | ) | |
|                       Defendant. | ) | |

### MOTION TO PROCEED IN FORMA PAUPERIS

I, Richard Robinson, the defendant in the above-entitled action, move to proceed *in forma pauperis* in the above-entitled action. I am unable to afford counsel or make full prepayment of fees, or to give security therefore, and it is my belief that I am entitled to relief. I have not divested myself of any property, monies, or any items of value for the purpose of avoiding payment of said fees.

*/s/ Richard Robinson*
RICHARD ROBINSON

## AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

(THIS AFFIDAVIT MUST BE COMPLETED IN ITS ENTIRETY)

**In support of this motion, I answer the following questions under penalty of perjury:**

1. Are you currently incarcerated?

Yes (✓)
No ( )

2. Are you presently employed?

Yes ( )
No (✓)

If yes, amount of salary or wages: __0__

3. Have you received any money from any of the following sources within the past 12 months:

a. Business, profession, or self-employment?

Yes ( )
No (✓)

b. Payments from rent, interest, or dividends?

Yes ( )
No (✓)

c. Pensions, annuities, or life insurance payments?

Yes ( )
No (✓)

d. Disability or worker's compensation payments?

Yes ( )
No (✓)

Page 2

e. Gifts, inheritances, or any other sources?

Yes ( )
No  (✓)

4. Do you have any money in a checking or savings account, including a prison bank account?

Yes ( )
No  (✓)

If yes, state the total amount (including money in prison bank account): __0__

5. Has an attorney previously been appointed to represent you in this matter?

Yes ( )
No  (✓)

**I hereby declare under penalty of perjury that the above information is true and correct.**

_R. Robinson_
**Signature of Defendant**

_1-17-08_
**Date**