D/KS-PROB 12B
(rev 02/06)

PACTS#9654

# United States District Court

## for the

## District of Kansas

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

Case Number: **1083 2:99CR20080-001**

Name of Offender: **Richard D. Robinson**

Name of Sentencing Judicial Officer:   Honorable Kathryn H. Vratil
                                       Chief U.S. District Judge

Date of Original Sentence:    4/9/2008

Original Offense:   **Distribution of a Substance or Mixture Containing Cocaine Base**, in violation of 21 U.S.C. § 841(a)(1), a Class A Felony

Original Sentence:   Imprisonment - 121 Months
                     Supervised Release - 60 Months

Amended Sentence:   Imprisonment - 118 Months
                    Supervised Release - 60 Months

Type of Supervision:   TSR          Date Supervision Commenced:   4/18/2008

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for   years, for a total term of   years.
[X]   To modify the conditions of supervision as follows:


**The defendant shall submit his person, house, residence, vehicle(s), papers, business or place of employment and any property under the defendant's control to a search, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.**

## CAUSE

Due to the nature and circumstances of the defendant's crime and/or criminal history and the implementation of the National Sex Offender Management Procedures Manual, the U.S. Probation Office recommends a modification of the conditions of supervision to include the search condition.  The modification regarding the search condition was reviewed with the defendant on January 31, 2012, and he indicated he does not wish to consult with an attorney

Prob 12B  -2-  *Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender*

*Name of Offender:*   Richard D Robinson   *Case Number: 1083 2:99CR20080-001*

regarding this matter.  The defendant has signed a Probation Form 49, Waiver of Hearing, which is available for review.

Respectfully submitted,

by Ruth C. Yorke
U.S. Probation Officer
Date: February 10, 2012

Approved:
SUSPO

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

s/ Kathryn H. Vratil

Signature of Judicial Officer

February 13, 2012

Date

cc: AUSA